CASH RECEIPTS AND DISBURSEMENTS

**EXHIBIT C**

Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-14635 BB | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | RIEBE, RANDALL LEWIS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RIEBE, JODIE ANN | | Account: | ***-*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7559987 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/09/07 | | Separate Bond: | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/07 | {1} | First American Title Co. | sale of real estate | 1110-000 | 53,478.37 | | 53,478.37 |
| 03/27/07 | {1} | First American Title Insurance | Balance of Sale Proceeds | 1110-000 | 36,521.63 | | 90,000.00 |
| 03/27/07 | | USDA | reverse double posted disbursement | 4110-000 | | -16,189.78 | 106,189.78 |
| 03/27/07 | | USDA, Farm Service Agency | Payoff 1st Mortgage | 4110-000 | | 16,189.78 | 90,000.00 |
| 03/27/07 | | USDA, Farm Service Agency | Payoff 1st Mortgage | 4110-000 | | 16,189.78 | 73,810.22 |
| 03/27/07 | | LaSalle County Clerk | 2004/5 Tax Redemption | 4800-000 | | 660.85 | 73,149.37 |
| 03/27/07 | | LaSalle County Clerk | 2006 County tax | 2820-000 | | 179.08 | 72,970.29 |
| 03/27/07 | | LaSalle County Clerk | pro-rated 2007 county tax | 2820-000 | | 39.20 | 72,931.09 |
| 03/27/07 | | Krause Surveying | Survey costs | 2500-000 | | 500.00 | 72,431.09 |
| 03/27/07 | | First American Title Insurance Co. | Title Insurance and other related delivery charges | 2500-000 | | 460.00 | 71,971.09 |
| 03/27/07 | | John Pleta | Special Counsel Fees | 3210-600 | | 600.00 | 71,371.09 |
| 03/27/07 | | Lambert Ag Services | Brokers Commission | 3510-000 | | 3,600.00 | 67,771.09 |
| 03/27/07 | | 1st Farm Credit | Payoff 2nd mortgage | 4110-000 | | 14,066.72 | 53,704.37 |
| 03/27/07 | | First American Title | Transfer stamps and recording fees | 2500-000 | | 226.00 | 53,478.37 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.90 | | 53,480.27 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.51 | | 53,509.78 |
| 05/08/07 | {11} | US Treasury | | 1110-000 | 15.96 | | 53,525.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.53 | | 53,555.27 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.64 | | 53,582.91 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 30.52 | | 53,613.43 |
| 07/31/07 | | To Account #********8866 | to pay taxes | 9999-000 | | 400.00 | 53,213.43 |

Subtotals: $90,135.06  $36,921.63

{} Asset reference(s)

Printed: 08/09/2007 06:57 PM  V.9.55

Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-14635 BB | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | RIEBE, RANDALL LEWIS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | RIEBE, JODIE ANN | Account: | ***-*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7559987 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/09/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
|  |  |  | ACCOUNT TOTALS |  | 90,135.06 | 36,921.63 | $53,213.43 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 400.00 |  |
|  |  |  | Subtotal |  | 90,135.06 | 36,521.63 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $90,135.06 | $36,521.63 |  |

{} Asset reference(s)

Printed: 08/09/2007 06:57 PM   V.9.55

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 05-14635 BB | | Trustee: | DEBORAH K. E |
|---|---|---|---|---|
| Case Name: | RIEBE, RANDALL LEWIS | | Bank Name: | JPMORGAN CH |
| | RIEBE, JODIE ANN | | Account: | ***-*****88-66 - ( |
| Taxpayer ID #: | 13-7559987 | | Blanket Bond: | $5,000,000.00 |
| Period Ending: | 08/09/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 |
|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ |
| 07/31/07 | | From Account #********8865 | to pay taxes | 9999-000 | 400.00 |
| 07/31/07 | 101 | Illinois Department of Revenue | | 2690-000 | |
| 07/31/07 | 102 | Illinois Department of Revenue | (For Jodie Ann Reibe Co-Debtor 05-14635) | 2690-000 | |

|  |  |
|---|---|
| ACCOUNT TOTALS | 400.00 |
| Less: Bank Transfers | 400.00 |
| Subtotal | 0.00 |
| Less: Payments to Debtors | |
| NET Receipts / Disbursements | $0.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts |
|---|---|
| MMA # ***-*****88-65 | 90,135.06 |
| Checking # ***-*****88-66 | 0.00 |
| | $90,135.06 |

{} Asset reference(s)