**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JODIE ANN AND RANDALL LEWIS RIEBE | ) | |
| | ) | CASE NO. 05-14635 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   WILL COUNTY COURT ANNEX
          57 N OTTAWA ST, ROOM 201
          JOLIET, ILLINOIS 60432

    On:   **October 5, 2007**
    At:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | a. Receipts | $ 90,135.06 |
    | b. Disbursements | $ 36,797.63 |
    | c. Net Cash Available for Distribution | $ 53,337.43 |

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation/Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $0.00 | $6,588.27 | $84.17 |
| Popowcer Katten, Ltd., *Trustee's Accountant* | $0.00 | $1,324.00 | $0.00 |
| US Bankruptcy Court, *Deferred Filing Fee* | $0.00 | $0.00 | $250.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys* | $0.00 | $16,551.00 | $0.00 |
| Internal Revenue Service, *Estate Taxes* | $276.00 | $0.00 | $0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be <u>0.00</u>%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $<u>11,842.74</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $<u>100.00</u>%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Creditors Discount Audit | $ 2,627.47 | $ 2,627.47 |
| 1Interest | Creditors Discount Audit | $ 217.00 | $ 217.00 |
| 3 | Citibank USA NA | $ 3,697.36 | $ 3,697.36 |
| 3Interest | Citibank USA NA | $ 305.37 | $ 305.37 |
| 5 | LaSalle County Farm Supply Co | $ 5,517.91 | $ 5,517.91 |
| 5Interest | LaSalle County Farm Supply Co | $ 455.73 | $ 455.73 |
| SURPLUS | Randall Lewis and Jodie Ann Riebe | $ 15,719.15 | $ 15,719.15 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **September 13, 2007**          For the Court,

By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the United States Bankruptcy Court
      219 S. Dearborn Street, 7th Floor
      Chicago, IL 60604