**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| JODIE ANN AND RANDALL LEWIS RIEBE | ) | |
| | ) | CASE NO. 05-14635 BWB |
| | ) | |
| Debtors | ) | JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtors, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  WILL COUNTY COURT ANNEX
         57 N OTTAWA ST, ROOM 201
         JOLIET, ILLINOIS 60432

    On:  **October 5, 2007**
    At:  **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | a. Receipts | $ 90,135.06 |
    | b. Disbursements | $ 36,797.63 |
    | c. Net Cash Available for Distribution | $ 53,337.43 |

4.  Applications for administration fees and expenses have been filed as follows:

    | Applicant | Compensation/Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
    |---|---|---|---|
    | Deborah K. Ebner, Trustee | $0.00 | $6,588.27 | $84.17 |
    | Popowcer Katten, Ltd., *Trustee's Accountant* | $0.00 | $1,324.00 | $0.00 |
    | US Bankruptcy Court, *Deferred Filing Fee* | $0.00 | $0.00 | $250.00 |
    | Law Office of Deborah K. Ebner, *Trustee's Attorneys* | $0.00 | $16,551.00 | $0.00 |
    | Internal Revenue Service, *Estate Taxes* | $276.00 | $0.00 | $0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $11,842.74, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Creditors Discount Audit | $ 2,627.47 | $ 2,627.47 |
| 1Interest | Creditors Discount Audit | $ 217.00 | $ 217.00 |
| 3 | Citibank USA NA | $ 3,697.36 | $ 3,697.36 |
| 3Interest | Citibank USA NA | $ 305.37 | $ 305.37 |
| 5 | LaSalle County Farm Supply Co | $ 5,517.91 | $ 5,517.91 |
| 5Interest | LaSalle County Farm Supply Co | $ 455.73 | $ 455.73 |
| SURPLUS | Randall Lewis and Jodie Ann Riebe | $ 15,719.15 | $ 15,719.15 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **September 13, 2007**        For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-14635    Doc 51    Filed 09/13/07    Entered 09/15/07 23:42:46    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                   Page 1 of 1                   Date Rcvd: Sep 13, 2007
Case: 05-14635                  Form ID: pdf002               Total Served: 19

The following entities were served by first class mail on Sep 15, 2007.
 db         +Randall Lewis Riebe,    P.O. Box 1008,    Ottawa, IL 61350-6008
 jdb        +Jodie Ann Riebe,    P.O. Box 1008,    Ottawa, IL 61350-6008
 aty        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
 aty        +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
              Chicago, IL 60603-6324
 tr         +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
10631672    +1st Farm Credit Services, FLCA,     2950 N. Main St. - Suite 2,    Princeton, IL 61356-9817
 9177074    +Allied Interstate, Inc.,    3000 Corporate Exchange Dr 5th Floo,    Columbus, OH 43231-7689
10698897    +Citibank USA NA,    Po Box 182149,    Columbus, OH 43218-2149
 9177075    +Creditors Discout Audit,    Michael R. Naughton,    P.O. Box 10,    Manhattan, IL 60442-0010
 9177076     Farm Credit Services,    IL Rte 23 & Dayton,    Ottawa, IL 61350
 9177077     Farm Service Agency,    IL Rte 23 & Dayton,    Ottawa, IL 61350
 9177078    +First National Bank,    701 LaSalle Street,    Ottawa, IL 61350-5019
 9177085    +LaSalle County Farm Supply Co,    3107 N. State Route 23,    Ottawa, IL 61350-9645
 9177087     RMA,    220 S. Busse Road,    Mount Prospect, IL 60056
 9177086    +Rain & Hail LLC,    P.O. Box 10496,    Des Moines, IA 50306-0496
 9177088     SEARS,    P.O. Box 182149,    Columbus, OH 43218-2149
 9177089    +Shaffer & Associates,    501 Cherry St Plaza Ste 102,    Columbia, MO 65201-4210
 9177090    +Superior Asst. Inc.,    Cingular Wireless,    P.O. Box 1205,    Oaks, PA 19456-1205
10718034    +USDA, Farm Service Agency,    PO Box 19273,    3500 Wabash Avenue,    Springfield, IL 62711-8287
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty         John W Pleta
 9177073     .
 9177079*   +First National Bank,    701 LaSalle Street,    Ottawa, IL 61350-5019
 9177080*   +First National Bank,    701 LaSalle Street,    Ottawa, IL 61350-5019
 9177081*   +First National Bank,    701 LaSalle Street,    Ottawa, IL 61350-5019
 9177082*   +First National Bank,    701 LaSalle Street,    Ottawa, IL 61350-5019
 9177083*   +First National Bank,    701 LaSalle Street,    Ottawa, IL 61350-5019
 9177084*   +First National Bank,    701 LaSalle Street,    Ottawa, IL 61350-5019
                                                                                                TOTALS: 2, * 6
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                    **Signature:** _Joseph Speetjens_