IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>RIEBE, RANDALL LEWIS<br>RIEBE, JODIE ANN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-14635 BB<br><br>HONORABLE BRUCE BLACK |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Clerk. The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate. Also therein is a final bank statement reflecting a zero balance.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

12/13/07
DATE

DEBORAH K. EBNER, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| JODIE ANN AND RANDALL LEWIS RIEBE, | ) CASE NO. 05-14635 BWB |
| | ) |
| Debtors | ) HON. BRUCE W. BLACK |

### Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation and expense reimbursement as follows;

1. Compensation    $6,588.27
2. Expenses        $   84.17

   TOTAL          $6,672.44

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

[Stamp: ENTERED OCT 0 5 2007 BRUCE W. BLACK, UNITED STATES BANKRUPTCY JUDGE]

EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JODIE ANN AND RANDALL LEWIS RIEBE, | ) | CASE NO. 05-14635 BWB |
| | ) | |
| Debtors | ) | HON. BRUCE W. BLACK |

**Order Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee**

THIS MATTER BEING HEARD on the Popowcer Katten, Ltd.'s First and Final Request for Compensation notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows;

1. Compensation        $1,324.00

    TOTAL        $1,324.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

[Stamp: ENTERED OCT 05 2007 BRUCE W. BLACK, UNITED STATES BANKRUPTCY COURT]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JODIE ANN AND RANDALL LEWIS RIEBE, | ) | CASE NO. 05-14635 BWB |
| | ) | |
| Debtors | ) | HON. BRUCE W. BLACK |

Order Awarding Compensation to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation from the Law Office of Deborah K. Ebner, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner is awarded compensation as follows;

1. Compensation        $16,551.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

DATED this _____ day of _____

ENTERED

OCT 0 5 2007

ENTERED: _____
                      UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JODIE ANN AND RANDALL LEWIS RIEBE, | ) | CASE NO. 05-14635 BWB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtors | ) | |

### DISTRIBUTION REPORT

I, <u>DEBORAH K. EBNER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 24,797.44 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 11,842.74 |
| Post-Petition Interest: | $ 978.10 |
| Surplus to Debtor: | $ 15,772.20 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 53,390.48 |

EXHIBIT B

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $30,256.50 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2 | 1st Farm Credit Services, FLCA | 14,066.72 | 0.00 |
| 4 | USDA, Farm Service Agency | 16,189.78 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $25,073.44 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | Deborah K. Ebner, Trustee, *Trustee Compensation* | 6,588.27 | 6,588.27 |
| | Deborah K. Ebner, Trustee, *Trustee Expenses* | 84.17 | 84.17 |
| | Popowcer Katten Ltd, *Trustee's Accountants Fees (Other Firm)*. | 1,324.00 | 1,324.00 |
| | Clerk of the United States Bankruptcy Court, *Deferred Adversary Filing Fee* | 250.00 | 250.00 |
| | Law Office of Deborah K. Ebner, *Trustee's Attorneys Fees (Trustee Firm)* | 16,551.00 | 16,551.00 |
| | Illinois Department of Revenue, *Estate Taxes* | 276.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

EXHIBIT D

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

EXHIBIT D

| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
|---|---|---|
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

**DISTRIBUTION REPORT**                                              PAGE 5 of 7

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $11,842.74 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Creditors Discount Audit, *General Unsecured Claim* | 2,627.47 | 2,627.47 |
| 3 | Citibank USA NA, *General Unsecured Claim* | 3,697.36 | 3,697.36 |
| 5 | LaSalle County Farm Supply Co, *General Unsecured Claim* | 5,517.91 | 5,517.91 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

EXHIBIT D

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $978.10 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1I | Creditors Discount Audit, *Post-Petition Interest* | 217.00 | 217.00 |
| 3I | Citibank USA NA, *Post-Petition Interest* | 305.37 | 305.37 |
| 5I | LaSalle County Farm Supply Co, *Post-Petition Interest* | 455.73 | 455.73 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $15,719.15 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| SURPLUS | Randall Lewis and Jodie Ann Riebe | 15,772.20 | 15,772.20 |

**DISTRIBUTION REPORT** PAGE 7 of 7

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   October 5, 2007            /s/Deborah K. Ebner, Trustee
                                    DEBORAH K. EBNER, Trustee

**EXHIBIT D**

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-14635 BB | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | RIEBE, RANDALL LEWIS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RIEBE, JODIE ANN | Account: | ***_*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7559987 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/07 | {1} | First American Title Co. | sale of real estate | 1110-000 | 53,478.37 | | 53,478.37 |
| 03/27/07 | {1} | First American Title Insurance | Balance of Sale Proceeds | 1110-000 | 36,521.63 | | 90,000.00 |
| 03/27/07 | | USDA | reverse double posted disbursement | 4110-000 | | -16,189.78 | 106,189.78 |
| 03/27/07 | | USDA, Farm Service Agency | Payoff 1st Mortgage | 4110-000 | | 16,189.78 | 90,000.00 |
| 03/27/07 | | USDA, Farm Service Agency | Payoff 1st Mortgage | 4110-000 | | 16,189.78 | 73,810.22 |
| 03/27/07 | | LaSalle County Clerk | 2004/5 Tax Redemption | 4800-000 | | 660.85 | 73,149.37 |
| 03/27/07 | | LaSalle County Clerk | 2006 County tax | 2820-000 | | 179.08 | 72,970.29 |
| 03/27/07 | | LaSalle County Clerk | pro-rated 2007 county tax | 2820-000 | | 39.20 | 72,931.09 |
| 03/27/07 | | Krause Surveying | Survey costs | 2500-000 | | 500.00 | 72,431.09 |
| 03/27/07 | | First American Title Insurance Co. | Title Insurance and other related delivery charges | 2500-000 | | 460.00 | 71,971.09 |
| 03/27/07 | | John Pleta | Special Counsel Fees | 3210-600 | | 600.00 | 71,371.09 |
| 03/27/07 | | Lambert Ag Services | Brokers Commission | 3510-000 | | 3,600.00 | 67,771.09 |
| 03/27/07 | | 1st Farm Credit | Payoff 2nd mortgage | 4110-000 | | 14,066.72 | 53,704.37 |
| 03/27/07 | | First American Title | Transfer stamps and recording fees | 2500-000 | | 226.00 | 53,478.37 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.90 | | 53,480.27 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.51 | | 53,509.78 |
| 05/08/07 | {11} | US Treasury | | 1110-000 | 15.96 | | 53,525.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.53 | | 53,555.27 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.64 | | 53,582.91 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 30.52 | | 53,613.43 |
| 07/31/07 | | To Account #*******8866 | to pay taxes | 9999-000 | | 400.00 | 53,213.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.36 | | 53,242.79 |
| 09/26/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 23.69 | | 53,266.48 |

| | | | | Subtotals: | $90,188.11 | $36,921.63 | |

{} Asset reference(s)

EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-14635 BB | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | RIEBE, RANDALL LEWIS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RIEBE, JODIE ANN | Account: | ***-*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7559987 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/07 | | To Account #********8866 | | 9999-000 | | 53,266.48 | 0.00 |

| | ACCOUNT TOTALS | | 90,188.11 | 90,188.11 | $0.00 |
|---|---|---|---|---|---|
| | Less: Bank Transfers | | 0.00 | 53,666.48 | |
| | Subtotal | | 90,188.11 | 36,521.63 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $90,188.11 | $36,521.63 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-14635 BB | | Trustee: | DEBORAH K. EBNER (3304480) |
|---|---|---|---|---|
| Case Name: | RIEBE, RANDALL LEWIS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RIEBE, JODIE ANN | | Account: | ***-*****88-66 - Checking Account |
| Taxpayer ID #: | 13-7559987 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/07 | | From Account #*******8865 | to pay taxes | 9999-000 | 400.00 | | 400.00 |
| 07/31/07 | 101 | Illinois Department of Revenue | | 2690-000 | | 138.00 | 262.00 |
| 07/31/07 | 102 | Illinois Department of Revenue | (For Jodie Ann Reibe Co-Debtor 05-14635) | 2690-000 | | 138.00 | 124.00 |
| 09/26/07 | | From Account #*******8865 | | 9999-000 | 53,266.48 | | 53,390.48 |
| 10/09/07 | 103 | Deborah K. Ebner | | 2100-000 | | 6,588.27 | 46,802.21 |
| 10/09/07 | 104 | Deborah K. Ebner | | 2200-000 | | 84.17 | 46,718.04 |
| 10/09/07 | 105 | Popowcer Katten Ltd. | | 3410-000 | | 1,324.00 | 45,394.04 |
| 10/09/07 | 106 | Clerk of the United States Bankruptcy Court | | 2700-000 | | 250.00 | 45,144.04 |
| 10/09/07 | 107 | Law Office of Deborah K. Ebner | | 3110-000 | | 16,551.00 | 28,593.04 |
| 10/09/07 | 108 | Creditors Discout Audit | | 7100-000 | | 2,627.47 | 25,965.57 |
| 10/09/07 | 109 | Citibank USA NA | | 7100-000 | | 3,697.36 | 22,268.21 |
| 10/09/07 | 110 | LaSalle County Farm Supply Co | | 7100-000 | | 5,517.91 | 16,750.30 |
| 10/09/07 | 111 | Creditors Discout Audit | | 7990-000 | | 217.00 | 16,533.30 |
| 10/09/07 | 112 | Citibank USA NA | | 7990-000 | | 305.37 | 16,227.93 |
| 10/09/07 | 113 | LaSalle County Farm Supply Co | | 7990-000 | | 455.73 | 15,772.20 |
| 10/09/07 | 114 | Randall Lewis and Jodie Ann Riebe | | 8200-002 | | 15,772.20 | 0.00 |
| | | | | Subtotals : | $53,666.48 | $53,666.48 | |

{} Asset reference(s)

Page: 3

Printed: 11/07/2007 07:24 AM V.9.55

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-14635 BB | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | RIEBE, RANDALL LEWIS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | RIEBE, JODIE ANN | Account: | ***-*****88-66 - Checking Account |
| Taxpayer ID #: | 13-7559987 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/07/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

### ACCOUNT TOTALS
| | | | | |
|---|---|---|---|---|
| | | | 53,666.48 | 53,666.48 | $0.00 |
| Less: Bank Transfers | | | 53,666.48 | 0.00 | |
| Subtotal | | | 0.00 | 53,666.48 | |
| Less: Payments to Debtors | | | | 15,772.20 | |
| NET Receipts / Disbursements | | | $0.00 | $37,894.28 | |

### TOTAL - ALL ACCOUNTS

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****88-65 | 90,188.11 | 36,521.63 | 0.00 |
| Checking # ***-*****88-66 | 0.00 | 37,894.28 | 0.00 |
| | $90,188.11 | $74,415.91 | $0.00 |